UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

O

JS - 6

| | |
|---|---|
| Case No.   ED CV 08-01037-SGL(OPx) | Date:  December 29, 2008 |

Title:     OM P. GARG -v- SOUTHERN CALIFORNIA GAS COMPANY, ET AL.
================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| C. Sasse<br>Relief Courtroom Deputy Clerk | None Present<br>Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None present | None present |

PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS)

　　　Pursuant to Federal Civil Procedures Rule 41(a)(1)(i), the Court **GRANTS** the plaintiff's request for dismissal of the complaint in it's entirety.

　　　IT IS SO ORDERED.